David R. Wright (Admitted *Pro Hac Vice*)
   Utah Bar No. 05164
   E-Mail: dwright@mabr.com
Tyson K. Hottinger (Admitted *Pro Hac Vice*)
   Utah Bar No. 13067
   E-Mail: thottinger@mabr.com
MASCHOFF BRENNAN
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 297-1850
Facsimile: (435) 252-1631

Richard F. Holley
   Nevada Bar No. 03077
   E-Mail: rholley@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912

Attorneys for Plaintiff ESC-TOY LTD.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESC-TOY LTD., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company; and INSOMNIAC GAMES, INC., a California corporation.<br><br>Defendants. | Case No. 2:20-cv-00726-GMN-VCF<br><br>**Notice of Dismissal Without Prejudice** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), ESC-Toy Ltd. hereby submits its Notice of Dismissal Without Prejudice, dismissing all its claims against Insomniac Games, Inc. ("Insomniac") in the above-captioned matter without prejudice. *See Pedrina v. Chun*, 987 F.2d 608, 609–10 (9th Cir. 1993) (citations omitted).  Plaintiff filed its Complaint on April 22, 2020.  The Complaint was served on Insomniac on May 5, 2020.  On May 11, 2020, Plaintiff and Insomniac entered into a Stipulation to Extend Time to Answer or Otherwise Respond to Complaint ("Stipulation") [ECF No. 12].  Pursuant to the Stipulation, Insomniac has until June 12, 2020 to answer or otherwise respond to the Complaint.  Insomniac has not answered or otherwise responded to the Complaint.

Dated this 2nd day of June 2020.

**HOLLEY DRIGGS**

 /s/ *Richard F. Holley*
Richard F. Holley
Nevada Bar No. 03077
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

David R. Wright
(Admitted *Pro Hac Vice)*
Tyson K. Hottinger
(Admitted *Pro Hac Vice)*
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
MASCHOFF BRENNAN

***Attorneys for Plaintiff***

1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Holley Driggs and that on June 2, 2020, and pursuant to FRCP 5(b), I caused the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** to be served via CM/ECF upon counsel of record.


/s/ Olivia Swibies
Holley Driggs

2