# United States District Court
# District of Nevada (Las Vegas)
# CIVIL DOCKET FOR CASE #: 2:20−cv−00726−GMN−VCF

ESC−Toy Ltd. v. Sony Interactive Entertainment LLC et al
Assigned to: Judge Gloria M. Navarro
Referred to: Magistrate Judge Cam Ferenbach
Cause: 28:1332 Diversity−Other Contract

Date Filed: 04/22/2020
Date Terminated: 01/28/2021
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**ESC−Toy Ltd.**　　　　　　　　　　　represented by　**Andrea M Gandara**
Holley Driggs Walch Fine Puzey Stein & Thompson
400 South Fourth St., Third Flr.
Las Vegas, NV 89101
702−791−0308
Fax: 702−791−1912
Email: agandara@nevadafirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R Wright**
MASCHOFF BRENNAN
111 South Main Street Suite 600
Salt Lake City, UT 84111
801−297−1850
Email: dwright@mabr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tyson K Hottinger**
MASCHOFF BRENNAN
111 South Main Street
Suite 600
Salt Lake City, UT 84111
801−297−1850
Email: thottinger@mabr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard F. Holley**
Holley Driggs Walch Fine Puzey Stein & Thompson
400 S Fourth Street
Third Floor
Las Vegas, NV 89101−
702−791−0308
Fax: 702−791−1912
Email: rholley@nevadafirm.com

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Sony Interactive Entertainment LLC** | represented by | **Anthony J. DiRaimondo** |

Rice Reuther Sullivan & Carroll, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, NV 89169
702−732−9099
Fax: 702−732−7110
Email: adiraimondo@rrsc−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karineh Khachatourian**
Rimon, P.C.
2445 Faber Place
Suite 250
Palo Alto, CA 94303
650−461−4433
Fax: 650−461−4433
Email: karinehk@rimonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nikolaus Andrew Woloszczuk**
Rimon, P.C.
2445 Faber Place
Suite 250
Palo Alto, CA 94303
650−461−4433
Fax: 650−461−4433
Email: nikolaus.woloszczuk@rimonlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Edward Opdyke**
Rice Reuther Sullivan & Carroll LLP
3800 Howard Hughes Pkwy #1200
Las Vegas, NV 89169−
702−732−9099
Fax: 702−732−7110
Email: ropdyke@rrsc−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Carroll**
Rice Reuther Sullivan & Carroll LLP
3800 Howard Hughes Pkwy #1200
Las Vegas, NV 89169−
702−732−9099

Fax: 702−732−7110
Email: dcarroll@rrsc−law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Insomniac Games, Inc.**<br>*TERMINATED: 06/03/2020* | represented by | **Karineh Khachatourian**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David A. Carroll**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2020 | Ï 1 | COMPLAINT against All Defendants (Filing fee $400 receipt number 0978−5977029) by ESC−Toy Ltd.. Proof of service due by 7/21/2020. (Attachments: # 1 Civil Cover Sheet, # 2 Summons Sony Interactive Entertainment LLC, # 3 Summons Insomniac Games, Inc.) (Holley, Richard)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1−1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 04/22/2020) |
| 04/22/2020 | Ï 2 | CERTIFICATE of Interested Parties by ESC−Toy Ltd.. There are no known interested parties other than those participating in the case (Holley, Richard) (Entered: 04/22/2020) |
| 04/22/2020 | Ï | Case randomly assigned to Judge Gloria M. Navarro and Magistrate Judge Cam Ferenbach. (ADR) (Entered: 04/22/2020) |
| 04/22/2020 | Ï 3 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 11−2. Counsel David R Wright and Tyson K Hottinger to comply with completion and filing of the Verified Petition and Designation of Local Counsel. For your convenience, click on the following link to obtain the form from the Court's website – www.nvd.uscourts.gov.<br><br>Upon approval of the Verified Petition, counsel is required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of documents. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney. Verified Petition due by 6/6/2020. **(no image attached)** (ADR) (Entered: 04/22/2020) |
| 04/22/2020 | Ï 4 | Summons Issued as to All Defendants re 1 Complaint. (ADR) (Entered: 04/22/2020) |
| 04/22/2020 | Ï 5 | STANDING ORDER.<br><br>This case has been assigned to the Honorable Judge Gloria M. Navarro. Judge Navarro's Chambers Practices, which are posted on the U.S. District Court, District of Nevada public website, may also be accessed directly via this hyperlink www.nvd.uscourts.gov.<br><br>(Copies have been distributed pursuant to the NEF – ADR) (Entered: 04/22/2020) |
| 05/04/2020 | Ï 6 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by David R. Wright and DESIGNATION of Local Counsel Richard F. Holley (Filing fee $ 250 receipt number 0978−5990070) by Plaintiff ESC−Toy Ltd.. (Holley, Richard) (Entered: 05/04/2020) |

| | | |
|---|---|---|
| 05/04/2020 | Ï 7 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Tyson K. Hottinger and DESIGNATION of Local Counsel Richard F. Holley (Filing fee $ 250 receipt number 0978–5990103) by Plaintiff ESC–Toy Ltd.. (Holley, Richard) (Entered: 05/04/2020) |
| 05/04/2020 | Ï 8 | ORDER Granting 7 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Tyson K Hottinger and approving Designation of Local Counsel Richard F. Holley. Signed by Judge Gloria M. Navarro on 5/4/2020.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – ADR) (Entered: 05/04/2020) |
| 05/04/2020 | Ï 9 | ORDER Granting 6 Verified Petition for Permission to Practice Pro Hac Vice for Attorney David R Wright and approving Designation of Local Counsel Richard F. Holley. Signed by Judge Gloria M. Navarro on 5/4/2020.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – ADR) (Entered: 05/04/2020) |
| 05/04/2020 | Ï 10 | SUMMONS Returned Executed by ESC–Toy Ltd. re 1 Complaint,, 4 Summons Issued. Sony Interactive Entertainment LLC served on 4/23/2020. (Holley, Richard) (Entered: 05/04/2020) |
| 05/04/2020 | Ï 11 | SUMMONS Returned Executed by ESC–Toy Ltd. re 4 Summons Issued, 1 Complaint,,. Insomniac Games, Inc. served on 4/23/2020. (Holley, Richard) (Entered: 05/04/2020) |
| 05/11/2020 | Ï 12 | **STIPULATION** MOTION to Extend Time (First Request) re 1 Complaint, by Plaintiff ESC–Toy Ltd.. (Hottinger, Tyson) Modified on 5/11/2020 (MMM). (Entered: 05/11/2020) |
| 05/11/2020 | Ï 13 | NOTICE of Docket Correction to ECF No. 12 : Event changed by Court from MOTION to STIPULATION pursuant to LR IC 2–2(b).<br><br>Attorney Tyson K Hottinger is advised *in the future* to file documents pursuant to the Local Rules. NO further action is required at this time concerning this document. Do NOT refile.<br><br>**(no image attached)** (MMM) (Entered: 05/11/2020) |
| 05/11/2020 | Ï 14 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 11–2. Counsel Karineh Khachatourian to comply with completion and filing of the Verified Petition and Designation of Local Counsel. For your convenience, click on the following link to obtain the form from the Court's website – www.nvd.uscourts.gov.<br><br>Upon approval of the Verified Petition, counsel is required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of documents. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney.<br><br>**Verified Petition due by 5/25/2020.**<br><br>**(no image attached)** (MMM) (Entered: 05/11/2020) |
| 05/12/2020 | Ï 15 | ORDER Granting 12 Stipulation for Extension of Time Re: 1 Complaint. Insomniac Games, Inc. and Sony Interactive Entertainment LLC answer due 6/12/2020. Signed by Magistrate Judge Cam Ferenbach on 5/12/2020. (Copies have been distributed pursuant to the NEF – JQC) (Entered: 05/13/2020) |
| 05/21/2020 | Ï 16 | NOTICE of Appearance by attorney David A. Carroll on behalf of Defendants Insomniac Games, Inc., Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 05/21/2020) |
| 05/21/2020 | Ï 17 | |

| | | |
|---|---|---|
| | | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Karineh Khachatourian, Esq. and DESIGNATION of Local Counsel David A. Carroll, Esq. (Filing fee $ 250 receipt number 0978–6014258) by Defendants Insomniac Games, Inc., Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 05/21/2020) |
| 05/21/2020 | Ï 18 | ORDER Granting 17 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Karineh Khachatourian and approving Designation of Local Counsel David A. Carroll. Signed by Judge Gloria M. Navarro on 5/21/2020.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – ADR) (Entered: 05/22/2020) |
| 06/02/2020 | Ï 19 | NOTICE of Voluntary Dismissal by Plaintiff ESC–Toy Ltd.. (Holley, Richard) (Entered: 06/02/2020) |
| 06/03/2020 | Ï | Party Insomniac Games, Inc. terminated re 19 Notice of Voluntary Dismissal. (JQC) (Entered: 06/03/2020) |
| 06/05/2020 | Ï 20 | STIPULATION *to Extend Time (Second Request)* re 1 Complaint,, by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 06/05/2020) |
| 06/08/2020 | Ï 21 | ORDER Granting 20 Stipulation. Sony Interactive Entertainment LLC answer due 6/19/2020. Signed by Magistrate Judge Cam Ferenbach on 6/8/2020. (Copies have been distributed pursuant to the NEF – JQC) (Entered: 06/08/2020) |
| 06/19/2020 | Ï 22 | STIPULATION FOR EXTENSION OF TIME (Third Request) *to Answer or Otherwise Respond to Complaint* re 1 Complaint,, by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 06/19/2020) |
| 06/19/2020 | Ï 23 | ORDER Granting 22 Stipulation for Extension of Time. Sony Interactive Entertainment LLC answer due 6/24/2020. Signed by Magistrate Judge Cam Ferenbach on 6/19/2020. (Copies have been distributed pursuant to the NEF – JQC) (Entered: 06/19/2020) |
| 06/24/2020 | Ï 24 | MOTION to Seal 1 Complaint,, by Plaintiff ESC–Toy Ltd.. (Attachments: # 1 Exhibit 1) (Holley, Richard) (Entered: 06/24/2020) |
| 06/24/2020 | Ï 27 | MOTION to Dismiss 1 Complaint,, by Defendant Sony Interactive Entertainment LLC. Responses due by 7/8/2020. (Carroll, David) (Entered: 06/24/2020) |
| 06/24/2020 | Ï 28 | MOTION to Strike 1 Complaint,, by Defendant Sony Interactive Entertainment LLC. Responses due by 7/8/2020. (Carroll, David) (Entered: 06/24/2020) |
| 06/24/2020 | Ï 29 | DECLARATION of Karineh Khachatourian re 27 Motion to Dismiss, 28 Motion to Strike by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 06/24/2020) |
| 06/24/2020 | Ï 33 | MOTION to Seal **Exhibits** to 29 Declaration, **and Portions of** 27 Motion to Dismiss and 28 Motion to Strike by Defendant Sony Interactive Entertainment LLC. (Carroll, David) Modified on 6/25/2020 (MMM). (Entered: 06/24/2020) |
| 06/25/2020 | Ï 34 | NOTICE of Docket Correction to ECF Nos. 25 and 26 : event modified by Court, pursuant to LR IC 2–2(b)(c)(d); changed from Motion to Dismiss and Motion to Strike to SEALED UNREDACTED DOCUMENT and linked to the corresponding Motion filed on the public docket. **(no image attached)** (MMM) (Entered: 06/25/2020) |
| 06/25/2020 | Ï 35 | CERTIFICATE of Interested Parties by Sony Interactive Entertainment LLC that identifies all parties that have an interest in the outcome of this case. Corporate Parent Sony Corporation, Corporate Parent Sony Corporation of America for Sony Interactive Entertainment LLC added. (Carroll, David) (Entered: 06/25/2020) |

| | | |
|---|---|---|
| 06/25/2020 | Ï 36 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 11–2. Counsel **Nikolaus A. Woloszczuk** to comply with completion and filing of the Verified Petition and Designation of Local Counsel. For your convenience, click on the following link to obtain the form from the Court's website – www.nvd.uscourts.gov.<br><br>Upon approval of the Verified Petition, counsel is required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of documents. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney.<br><br>Verified Petition due by 7/9/2020.<br><br>**(no image attached)** (MMM) (Entered: 06/25/2020) |
| 07/02/2020 | Ï 37 | JOINDER to 24 Motion to Seal by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 07/02/2020) |
| 07/08/2020 | Ï 38 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Nikolaus A. Woloszczuk and DESIGNATION of Local Counsel David A. Carroll (Filing fee $ 250 receipt number 0978–6074233) by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 07/08/2020) |
| 07/08/2020 | Ï 40 | RESPONSE to 27 Motion to Dismiss by Plaintiff ESC–Toy Ltd.. Replies due by 7/15/2020. (Holley, Richard) (Entered: 07/08/2020) |
| 07/08/2020 | Ï 42 | RESPONSE to 28 Motion to Strike by Plaintiff ESC–Toy Ltd.. Replies due by 7/15/2020. (Holley, Richard) (Entered: 07/08/2020) |
| 07/08/2020 | Ï 43 | DECLARATION of TYSON K. HOTTINGER re 40 Response, 42 Response by Plaintiff ESC–Toy Ltd.. (Holley, Richard) (Entered: 07/08/2020) |
| 07/08/2020 | Ï 46 | EXHIBIT *A – Merchandise License Agreement* to 43 Declaration by Plaintiff ESC–Toy Ltd.. (Holley, Richard) (Entered: 07/08/2020) |
| 07/08/2020 | Ï 47 | MOTION to Seal **39** Response, **41** Response, **45** Exhibit by Plaintiff ESC–Toy Ltd.. (Holley, Richard) (Entered: 07/08/2020) |
| 07/09/2020 | Ï 48 | NOTICE of Docket Correction to 44 Exhibit : **ERROR:** Document filed in error and is therefore terminated. See document 46 for correct filing. **(no image attached)** (DKJ) (Entered: 07/09/2020) |
| 07/10/2020 | Ï 49 | ORDER Granting 38 Verified Petition for Permission to Practice Pro Hac Vice Nikolaus A. Woloszczuk and approving Designation of Local Counsel David A. Carroll. Signed by Judge Gloria M. Navarro on 7/10/2020.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – JQC) (Entered: 07/13/2020) |
| 07/15/2020 | Ï 50 | REPLY to Response to 28 Motion to Strike by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 07/15/2020) |
| 07/15/2020 | Ï 52 | REPLY to Response to 27 Motion to Dismiss by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 07/15/2020) |
| 07/15/2020 | Ï 53 | MOTION to Seal 52 Reply by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 07/15/2020) |
| 07/21/2020 | Ï 54 | JOINDER to 47 Motion to Seal by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 07/21/2020) |

| | | |
|---|---|---|
| 07/21/2020 | Ï 55 | CERTIFICATE OF SERVICE for 52 Reply by Defendant Sony Interactive Entertainment LLC. (DiRaimondo, Anthony) (Entered: 07/21/2020) |
| 07/27/2020 | Ï 56 | Proposed Discovery Plan and Scheduling Order by Plaintiff ESC−Toy Ltd.. (Holley, Richard) (Entered: 07/27/2020) |
| 08/03/2020 | Ï 57 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach on 8/3/2020. IT IS HEREBY ORDERED that the motion to stay and transfer must be filed on or before 8/18/ 2020. (Copies have been distributed pursuant to the NEF – JQC) (Entered: 08/03/2020) |
| 08/05/2020 | Ï 58 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach on 8/5/2020. IT IS ORDERED that a telephonic hearing on ESC−Toy Ltd.s 24 Motion to Seal Portionsof its Complaint is scheduled for 10:00 AM, 8/17/2020. (Copies have been distributed pursuant to the NEF – JQC) (Entered: 08/06/2020) |
| 08/07/2020 | Ï 59 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach on 8/7/2020. IT IS ORDERED that the telephonic hearing on 24 ESC−Toy Ltd.s Motion to Seal Portions of its Complaint scheduled for 10:00 AM, 8/17/2020, is VACATED, and RESCHEDULED to 10:00 AM, 8/21/2020. (Copies have been distributed pursuant to the NEF – JQC) (Entered: 08/07/2020) |
| 08/11/2020 | Ï 60 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach on 8/11/2020. Re: 24 Motion to Seal, 59 Minute Order Setting Hearing on Motion, Motion Hearing set for 8/21/2020 at 10:30 AM before Magistrate Judge Cam Ferenbach. Due to a conflict on the court's calendar, IT IS HEREBY ORDERED that the telephonic hearing on ESC−Toy Ltd.s Motion to Seal Portions of its Complaint scheduled for 10:00 AM, 8/21/2020, is RESCHEDULED to 10:30 AM, 8/21/2020.The call−in telephone number is (888) 273−3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.**(no image attached)** (Copies have been distributed pursuant to the NEF – MT) (Entered: 08/11/2020) |
| 08/18/2020 | Ï 62 | MOTION to Change Venue. Responses due by 9/1/2020. (Carroll, David) (Entered: 08/18/2020) |
| 08/18/2020 | Ï 63 | DECLARATION of Karineh Khachatourian re 62 Motion to Change Venue by Defendant Sony Interactive Entertainment LLC. (Attachments: # 1 Exhibit ESC−Toy Facebook Page, # 2 Exhibit Brian Miller LinkedIn Profile, # 3 Exhibit CMD Corporate Record, # 4 Exhibit CMD Website, # 5 Exhibit Insomniac Corporate Record, # 6 Exhibit Insomniac Website, # 7 Exhibit ESC−Toys RFPs, # 8 Exhibit Naughty Dog Corporate Record, # 9 Exhibit Arne Meyer LinkedIn Profile) (Carroll, David) (Entered: 08/18/2020) |
| 08/18/2020 | Ï 64 | DECLARATION of Lori Waugh re 62 Motion to Change Venue by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 08/18/2020) |
| 08/18/2020 | Ï 66 | MOTION to Stay Case re 62 Motion to Change Venue by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 08/18/2020) |
| 08/18/2020 | Ï 67 | MOTION to Seal 64 Declaration, 62 Motion to Change Venue by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 08/18/2020) |
| 08/19/2020 | Ï 68 | CERTIFICATE OF SERVICE for **61 SEALED Version** of 62 Motion to Change Venue; and **65 SEALED Exhibit to 64 Declaration**, by Defendant Sony Interactive Entertainment LLC. (DiRaimondo, Anthony) Modified document links on 8/19/2020 (MMM). (Entered: 08/19/2020) |
| 08/19/2020 | Ï 69 | NOTICE of Docket Correction to ECF No. 61 : event changed by Court from "Motion to Change Venue" to "SEALED Unredacted Document" re 62 Motion to Change Venue. |

| | | |
|---|---|---|
| | | **(no image attached)** (MMM) (Entered: 08/19/2020) |
| 08/21/2020 | Ï 70 | MINUTES OF PROCEEDINGS – Motion Hearing held on 8/21/2020 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *T. Renfro*; Pla Counsel: *Richard Holley, Tyson Hottinger*; Def Counsel: *David Carroll, Karineh Khachatourian*; Recording start and end times: *10:29 – 10:42 AM*; Courtroom: *3D*; <br><br>All parties appeared telephonically. The Court makes preliminary remarks and hears representations of counsel. As discussed in the hearing, the Discovery Plan is to be refiled after the 27 Motion to Dismiss is decided. IT IS ORDERED that 66 Motion to Stay Case is GRANTED to the Extent that Discovery is STAYED. FURTHER ORDERED that 24 Motion to Seal is GRANTED in PART. <br><br>Status Conference set for 1/8/2021 at 10:00 AM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach. <br><br>(Copies have been distributed pursuant to the NEF – TR) (Entered: 08/21/2020) |
| 09/01/2020 | Ï 72 | VIEW 99 Corrected Image to RESPONSE to 62 Motion to Change Venue by Plaintiff ESC–Toy Ltd.. Replies due by 9/8/2020. (Holley, Richard) Modified on 9/17/2020 to restrict access pursuant to email request from filing attorney (MMM). Modified on 9/18/2020 (MMM). (Entered: 09/01/2020) |
| 09/01/2020 | Ï 73 | VIEW 101 corrected image to Exhibit F and 102 corrected image to Exhibit G to DECLARATION of Erick Chatel aka Erick Scarecrow re 72 Response by Plaintiff ESC–Toy Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (Holley, Richard) Modified on 9/17/2020 to restrict access to Exhibits F and G pursuant to email request from filing attorney (MMM). Modified on 9/18/2020 (MMM). (Entered: 09/01/2020) |
| 09/01/2020 | Ï 76 | VIEW 100 Corrected Image to DECLARATION of Shelly Gayner re 72 Response by Plaintiff ESC–Toy Ltd.. (Holley, Richard) Modified on 9/17/2020 to restrict access pursuant to email request from filing attorney (MMM). Modified on 9/18/2020 (MMM). (Entered: 09/01/2020) |
| 09/02/2020 | Ï 77 | CERTIFICATE OF SERVICE for 76 Declaration, 72 Response, 73 Declaration, by Plaintiff ESC–Toy Ltd.. (Holley, Richard) (Entered: 09/02/2020) |
| 09/02/2020 | Ï 78 | MOTION to Seal 74 SEALED Declaration, 71 SEALED Response, 73 Declaration Exhibits F & G, by Plaintiff ESC–Toy Ltd.. (Holley, Richard) Modified on 9/17/2020 to reflect correct docket entry relationships (MMM). (Entered: 09/02/2020) |
| 09/02/2020 | Ï 79 | NOTICE of Docket Correction to ECF No. 71 : event changed by Court from "Response to Motion" to SEALED Unredacted Document re 72 Response to 62 Motion", pursuant to LR IC 2–2. <br><br>**(no image attached)** (MMM) (Entered: 09/02/2020) |
| 09/03/2020 | Ï 80 | STIPULATION FOR EXTENSION OF TIME (First Request) *and [Proposed] Order for Defendant to File Reply in Support of Motion to Transfer Venue [ECF 61 , 62* re 62 Motion to Change Venue by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 09/03/2020) |
| 09/11/2020 | Ï 81 | ORDER granting 80 Stipulation; Re: 62 Motion to Change Venue. Replies due by 9/15/2020. Signed by Judge Gloria M. Navarro on 9/11/2020. (Copies have been distributed pursuant to the NEF – JM) (Entered: 09/11/2020) |
| 09/14/2020 | Ï 82 | NOTICE of Change of Address by David A. Carroll. (Carroll, David) (Entered: 09/14/2020) |

| | | |
|---|---|---|
| 09/15/2020 | Ï 83 | REPLY to Response to 62 Motion to Change Venue by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 09/15/2020) |
| 09/15/2020 | Ï 85 | MOTION to Strike 76 Declaration by Defendant Sony Interactive Entertainment LLC. Responses due by 9/29/2020. (Carroll, David) (Entered: 09/15/2020) |
| 09/15/2020 | Ï 87 | APPENDIX *A* to 85 Motion to Strike by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 09/15/2020) |
| 09/15/2020 | Ï 88 | DECLARATION of Karineh Khachatourian re 83 Reply, 85 Motion to Strike by Defendant Sony Interactive Entertainment LLC. (Attachments: # 1 Exhibit Exhibit "6" LinkedIn Profile of Zeller Shinn) (Carroll, David) (Entered: 09/15/2020) |
| 09/15/2020 | Ï 95 | MOTION to Seal 88 Declaration, 83 Reply, 85 Motion to Strike by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 09/15/2020) |
| 09/15/2020 | Ï 96 | JOINDER to 78 Motion to Seal by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 09/15/2020) |
| 09/16/2020 | Ï 97 | CERTIFICATE OF SERVICE for 83 Reply, **85 MOTION to Strike with Appendix and Exhibits** by Defendant Sony Interactive Entertainment LLC. (DiRaimondo, Anthony) Modified on 9/16/2020 to add document link (MMM). (Entered: 09/16/2020) |
| 09/17/2020 | Ï 98 | MOTION to Seal 76 Declaration, 72 Response, and 73 Declaration – Exhibits F and G, by Plaintiff ESC–Toy Ltd.. (Holley, Richard) Modified on 9/18/2020 to add additional document link (MMM). (Entered: 09/17/2020) |
| 09/17/2020 | Ï 99 | NOTICE of Corrected Image/Document re 72 Response by Plaintiff ESC–Toy Ltd.. (Service of corrected image is attached.) (Holley, Richard) (Entered: 09/17/2020) |
| 09/17/2020 | Ï 100 | NOTICE of Corrected Image/Document re 76 Declaration by Plaintiff ESC–Toy Ltd.. (Service of corrected image is attached.) (Holley, Richard) (Entered: 09/17/2020) |
| 09/17/2020 | Ï 101 | NOTICE of Corrected Image/Document re 73 Declaration, by Plaintiff ESC–Toy Ltd.. (Service of corrected image is attached.) (Holley, Richard) (Entered: 09/17/2020) |
| 09/17/2020 | Ï 102 | NOTICE of Corrected Image/Document re 73 Declaration, by Plaintiff ESC–Toy Ltd.. (Service of corrected image is attached.) (Holley, Richard) (Entered: 09/17/2020) |
| 09/25/2020 | Ï 103 | JOINDER to 98 Motion to Seal by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 09/25/2020) |
| 09/29/2020 | Ï 105 | RESPONSE to 85 Motion to Strike by Plaintiff ESC–Toy Ltd.. Replies due by 10/6/2020. (Holley, Richard) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 106 | MOTION to Seal 104 SEALED Response to 85 Motion to Strike by Plaintiff ESC–Toy Ltd.. (Holley, Richard) Modified on 9/30/2020 to add document link (MMM). (Entered: 09/29/2020) |
| 10/06/2020 | Ï 107 | REPLY to Response to 85 Motion to Strike by Defendant Sony Interactive Entertainment LLC. (Attachments: # 1 Appendix Appendix 1) (Carroll, David) (Entered: 10/06/2020) |
| 10/06/2020 | Ï 109 | DECLARATION of Karineh Khachatourian re 107 Reply by Defendant Sony Interactive Entertainment LLC. (Attachments: # 1 Exhibit Exhibit "1" Email String) (Carroll, David) (Entered: 10/06/2020) |
| 10/06/2020 | Ï 110 | MOTION to Seal 107 Reply by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 10/06/2020) |
| 10/06/2020 | Ï 111 | |

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE for 107 Reply by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 10/06/2020) |
| 10/13/2020 | 112 | JOINDER to 106 Motion to Seal by Defendant Sony Interactive Entertainment LLC. (Carroll, David) (Entered: 10/13/2020) |
| 01/04/2021 | 113 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach on 1/4/2021. By Deputy Clerk: T. Renfro.<br><br>The Status Conference scheduled for Friday, January 8, 2021 at 10:00 AM Re: 70 Minutes of Proceedings will be a telephonic hearing. The call−in telephone number is (888) 273−3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF − TR) (Entered: 01/04/2021) |
| 01/08/2021 | 114 | MINUTES OF PROCEEDINGS − Status Conference held on 1/8/2021 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *T. Renfro*; Pla Counsel: *Richard Holley, Tyson Hottinger*; Def Counsel: *David Carroll, Karineh Khachatourian*; Recording start and end times: *10:04 − 10:09 AM*; Courtroom: *3D*;<br><br>All parties appeared telephonically. The Court makes preliminary remarks and hears representations of counsel. A Telephonic Status Conference set for 5/10/2021 at 10:00 AM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach. If the pending motions are resolved before this time and the case proceeds in this court, the parties are to file a discovery plan and scheduling order within 2 weeks after the last order is entered.<br><br>The call−in telephone number is (888) 273−3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF − TR) (Entered: 01/08/2021) |
| 01/28/2021 | 115 | ORDER. IT IS ORDERED that 62 Defendant's Motion to Change Venue, is GRANTED. Signed by Judge Gloria M. Navarro on 1/28/2021. (Copies have been distributed pursuant to the NEF − JQC) (Entered: 01/29/2021) |