

# RIMÔN LAW
*www.rimonlaw.com*

April 8, 2022

Honorable Magistrate Judge Donna M. Ryu
U.S. District Court for the Northern District of California
1301 Clay Street, Courtroom 4 – 3rd Floor
Oakland, CA 94612

**Re:  ESC-Toy Ltd. v. Sony Interactive Entertainment, LLC**
      **Case No. 3:21-cv-00778-EMC – Letter Brief Concerning Shelly Gayner**

Dear Magistrate Judge Ryu:

Sony Interactive Entertainment LLC ("SIE") submits this unilateral letter brief compelling a date certain for deposition and production of documents of non-party Shelly Gayner.  The fact discovery cut-off in this case passed on April 1, 2022, with a deadline to file motions to compel of April 8, 2022.  While the parties stipulated to an extension of the fact discovery cut-off (Dkt. No. 188), and Judge Chen stated at the April 5 CMC that he would grant the extension, no order has yet issued.  SIE, therefore, files this brief unilaterally to preserve its rights out of an abundance of caution.  Should Ms. Gayner provide a date certain for the deposition and production of documents, SIE will withdraw its motion.

Ms. Gayner worked for SIE for sixteen years as an SIE in-house attorney and employee. In the course of Ms. Gayner's employment with SIE, she was privy to SIE's confidential and privileged information that at least ESC believes is highly relevant to the subject matter of its lawsuit.  Ms. Gayner, apparently at ESC's urging, provided a declaration that was submitted in support of ESC's opposition to SIE's Motion to Transfer this case out of Nevada to the Northern District of California.  Dkt. No. 74.  ESC is now asserting in this lawsuit that Ms. Gayner is *its* counsel.  ESC's *ex parte* contact with Ms. Gayner  raises serious concerns about the fairness and integrity of these proceedings.  SIE has repeatedly asked ESC for information about the scope of ESC and Ms. Gayner's relationship to assess the extent of any impropriety, but ESC continues to refuse to be forthcoming.  SIE, therefore, had no choice but to serve Ms. Gayner with a subpoena for deposition and production of documents.  Ms. Gayner's deposition was scheduled for March 31, 2022.  Despite being properly served, Ms. Gayner did not appear for deposition and she did not respond to the subpoena.  To the best of SIE's knowledge, Ms. Gayner has not retained counsel. SIE has attempted to contact Ms. Gayner several times by electronic messaging and written correspondence requesting that she confirm a date certain upon which she will appear for deposition and produce documents.  Ms. Gayner did not respond.

SIE, therefore, respectfully requests that this Court compel Ms. Gayner to provide a date certain upon which she will appear for deposition within the next 30 days and produce documents five days before her deposition appearance.

RIMON LAW

Respectfully submitted,

RIMON, P.C.


By: /s/ Karineh Khachatourian

Karineh Khachatourian
Nikolaus A. Woloszczuk
Oren J. Torten

Attorneys for Defendant,
Sony Interactive Entertainment LLC