**RIMÔN LAW**
*www.rimonlaw.com*

April 27, 2022

Honorable Magistrate Judge Donna M. Ryu
U.S. District Court for the Northern District of California
1301 Clay Street, Courtroom 4 – 3rd Floor
Oakland, CA 94612

Re: **ESC-Toy Ltd. v. Sony Interactive Entertainment, LLC Case No. 3:21-cv-00778-EMC – Joint Letter from Defendant Sony Interactive Entertainment, LLC ("SIE") and third party Shelly Gayner regarding SIE's subpoena**

Dear Magistrate Judge Ryu:

      This Court ordered Defendant Sony Interactive Entertainment, LLC ("SIE") to meet and confer with non-party Shelly Gayner regarding SIE's subpoena for her deposition and production of documents.  D.I. 210.  Ms. Gayner is now represented by Frank Ubhaus of Berliner Cohen LLP, who contacted SIE on April 11, 2022.  SIE served the Court's order on him on April 22, 2022.  D.I. 211.  SIE has met and conferred with Mr. Ubhaus regarding SIE's subpoena, and SIE and Ms. Gayner's counsel hereby notify the Court that there is no pending dispute over the subpoena.  SIE and Ms. Gayner have agreed that Ms. Gayner will produce documents responsive to SIE's subpoena by May 17, 2022 and that Ms. Gayner will sit for her deposition on May 27, 2022.  SIE notified Plaintiff ESC Toy Ltd.'s counsel of these dates and they stated that they have no objection to them.



Respectfully submitted,

BERLINER COHEN LLP

By: /s/ Frank R. Ubhaus
    Frank R. Ubhaus

    Attorney for Non-Party Shelly Gayner

    RIMON, P.C.


By: /s/ Nikolaus A. Woloszczuk
    Karineh Khachatourian
    Nikolaus A. Woloszczuk
    Oren J. Torten

    Attorneys for Defendant,
    Sony Interactive Entertainment LLC

## FILER'S ATTESTATION

I, Nikolaus A. Woloszczuk am the ECF user whose ID and password were used to file this Joint Letter. Pursuant to L.R. 5-4.3.4.(a)(2), I hereby attest that counsel for Non-Party Shelly Gayner concurred in the filing of this document.

Executed on April 27, 2022.

                                        /s/ *Nikolaus A. Woloszczuk*
                                        Nikolaus A. Woloszczuk