1  RIMON, P.C.
   Karineh Khachatourian (SBN 202634)
2  karinehk@rimonlaw.com
   Nikolaus A. Woloszczuk (SBN 286633)
3  nikolaus.woloszczuk@rimonlaw.com
   Oren J. Torten (SBN 332720)
4  oren.torten@rimonlaw.com
   2445 Faber Place, Suite 250
5  Palo Alto, California 94303
   Telephone: 650.461.4433
6  Facsimile: 650.461.4433

7  Attorneys for Defendant,
   Sony Interactive Entertainment LLC
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  ESC-TOY LTD., a Nevada corporation,          Case No. 3:21-cv-00778-EMC

14            Plaintiff,                          **DEFENDANT SONY INTERACTIVE
                                                  ENTERTAINMENT, LLC'S REPLY IN
15       v.                                       SUPPORT OF MOTION FOR
                                                  CLARIFICATION REGARDING ORDER
16  SONY INTERACTIVE ENTERTAINMENT,               [DKT. NO. 197] GRANTING FOLEY &
    LLC, a California limited liability company,  LARDNER'S MOTION TO WITHDRAW
17                                                [DKT. NO. 196]**
            Defendant.
18                                                Judge:   Hon. Edward M. Chen
                                                  Date:    May 12, 2022
19                                                Time:    1:30 p.m.
                                                  Dept.:   Courtroom 5 – 17th Floor
20

21

22

23

24

25

26

27

28

1   Foley and ESC  ("ESC") agree in their Opposition (ECF No. 209) that this Court can

2   condition Foley's withdrawal. ESC disingenuously argues that SIE has not demonstrated

3   "prejudice" or "the harm that withdrawal might cause to the administration of justice," however,

4   ESC is well aware of SIE's concerns. ESC does not address in any meaningful way the grounds

5   that SIE laid out in support of its motion, which were also conveyed to Foley when SIE learned of

6   its intent to withdraw. These same concerns were identified previously when ESC's Nevada

7   counsel sought to withdraw in this action. And these concerns were also raised with the Honorable

8   Judge Selna in the Central District of California when the Foley attorneys sought to withdraw

9   from a different matter involving ESC and SIE's subsidiary Insomniac Games, *and in that case*

10   *conditions were placed on Foley's withdrawal. (ESC-Toy Ltd. v. Insomniac Games, Inc., Case No.*

11   *2:21-cv-02139-JVS-GJS at ECF No. 160 (C.D. Cal. Apr. 8, 2022).*

12   SIE seeks to protect its confidential information (which Foley has had access to without a

13   Protective Order) and to ensure that this Court would have ancillary jurisdiction over Foley for

14   any later motion practice over fees, costs, Rule 11 violations, and/or other appropriate remedies or

15   sanctions. Foley *agreed*  that this Court could retain ancillary jurisdiction over it.   Foley further

16   agrees in its opposition that it has confidentiality obligations to SIE.  However, without

17   conditional withdrawal, SIE does not have an immediate enforcement mechanism to ensure

18   compliance with those obligations. These same Foley attorneys signed the Complaint and

19   subsequent court filings in this action, made statements to the Court and SIE regarding ESC's

20   claims and their scope, and were personally engaged in the conduct concerning SIE's former in-

21   house counsel which is currently under investigation.[1]  Foley's request for withdrawal while SIE's

22   investigation is pending further amplifies the need for this Court's intervention. This Court

23   maintains an interest in overseeing such a potential dispute involving conduct that has occurred

24   before it. While the Foley attorneys say they are subject to and bound by the California Rules of

25   Professional Conduct, previous lead counsel David Wright is not admitted to practice law in

26   California and does not reside in California. Moreover, Sterling Brennan, of Maschoff Brennan,

27

28   [1] SIE has confirmed the deposition of the referenced former SIE in-house counsel for May 27th.

DEFENDANT SONY'S REPLY IN SUPPORT OF MOTION FOR CLARIFICATION RE DKT. NO. 197;
CASE NO. 3:21-CV-00778-EMC

was not involved personally in this case nor even actively working at Maschoff Brennan when ESC's suit was filed. SIE should not be caught in a potential battle between Maschoff Brennan and the Foley attorneys in terms of who is responsible. And, SIE should not have to engage in enforcement efforts in Utah or have to file separate proceedings because, after two years of litigation, ESC has chosen to change lead counsel again, and the Foley attorneys seek to withdraw.

As stated in SIE's Motion, SIE requests that the Foley attorneys' withdrawal be conditioned upon this Court's express retention of ancillary jurisdiction over each of the withdrawing attorneys for the purposes of any motion(s) brought by SIE for fees, costs, and/or other appropriate remedies or sanctions, as well as compliance with this Court's sealing orders (Dkt. Nos. 140, 154, 160, and 163) and the Nevada Court's sealing order (*ESC Toy Ltd. v. Sony Interactive Entertainment LLC and Insomniac Games, Inc.*, Case No. 2:20-cv-00726- GMN-VC (D. Nev.) Dkt. No. 70). The Foley attorneys should also maintain any SIE information they have had access to, as a result of their representation of ESC, as confidential and deemed subject to the terms of the parties' October 5, 2020 confidentiality agreement for settlement discussions and the September 21, 2021 Judicate West mediation agreement, which shall survive termination of this Action. ESC has given no argument as to why these conditions should not be imposed and at least implicitly agree to them in its opposition.

1    Dated:  April 27, 2022                           Respectfully submitted,

2                                                     RIMON, P.C.

3

4                                            By:  /s/ Karineh Khachatourian
5                                                 Karineh Khachatourian
                                                  Nikolaus A. Woloszczuk
6                                                 Oren J. Torten

7                                                 Attorneys for Defendant,
8                                                 Sony Interactive Entertainment LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT SONY'S REPLY IN SUPPORT OF MOTION FOR CLARIFICATION RE DKT. NO. 197;
CASE NO. 3:21-CV-00778-EMC

1

## <u>CERTIFICATE OF SERVICE</u>

2
   I, Jorge Alejandro, declare as follows:

3
   I am employed in Santa Clara County, State of California.  I am over the age of eighteen

4 years and not a party to this action.  My business address is Rimon, P.C., 2445 Faber Place, Suite

5 250, Palo Alto, California 94303.

6
   I served a copy of the following documents on the person(s) below, as follows:

7  **DEFENDANT SONY INTERACTIVE ENTERTAINMENT, LLC'S REPLY IN
   SUPPORT OF MOTION FOR CLARIFICATION REGARDING ORDER [DKT.
8  NO. 197] GRANTING FOLEY & LARDNER'S MOTION TO WITHDRAW [DKT.
   NO. 196]**

9

10 ___    <u>BY MESSENGER SERVICE</u>:  I served the documents by placing them in an
          envelope or package addressed to the person(s) at the addresses listed below and
11        providing them to a professional messenger for service.

12 ___    <u>BY OVERNIGHT DELIVERY</u>:  I enclosed the documents in an envelope or
          package provided by an overnight delivery carrier and addressed to the person(s) at
13        the addresses listed below.  I placed the envelope or package for collection and
          overnight delivery at an office or a regularly utilized drop box of the overnight
14        delivery carrier.

15  <u>X</u>    <u>BY ELECTRONIC SERVICE</u>:  I caused the documents to be sent to the person(s) at
          the e-mail addresses listed below.

16

17
   I declare under penalty of perjury under the laws of the State of California that the

18 foregoing is true and correct.  Executed on April 27, 2022 at Palo Alto, California.

19 Sterling A. Brennan                          Robert T. Stewart
   Christina Trinh                              David R. Wright (*Pro Hac Vice* admitted)
20 Saloni Mathur                                Maren Laurence (*Pro Hac Vice* admitted*)*
   Maschoff Brennan                             Foley & Lardner, LLP
21 100 Spectrum Center Drive, Suite 1200        136 South Main Street, Suite 400
   Irvine, California 92618                     Salt Lake City, UT 84101
22 Telephone: (949) 202-1900                    Telephone: (414) 297-5297
   Facsimile: (949) 453-1104                    Email: rtstewart@foley.com
23 E-Mail: sbrennan@mabr.com                    Email: drwright@foley.com
   E-Mail: ctrinh@mabr.com                      Email: mlaurence@foley.com
24 E-Mail: smathur@mabr.com

25                                              Prior Attorneys for Plaintiff ESC-Toy Ltd

26 Attorneys for Plaintiff ESC-Toy Ltd.

27

28
                                              4
   ─────────────────────────────────────────────────────────────────────────
   DEFENDANT SONY'S REPLY IN SUPPORT OF MOTION FOR CLARIFICATION RE DKT. NO. 197;
   CASE NO. 3:21-CV-00778-EMC

Charles J. Veverka (*Pro Hac Vice* admitted*)*
Maschoff Brennan
1389 Center Drive, Suite 300
Park City, Utah 84098
Telephone: (435) 252-1360
Facsimile:  (435) 252-1361
E-Mail: cveverka@mabr.com

Attorneys for Plaintiff ESC-Toy Ltd.

Jorge Alejandro

DEFENDANT SONY'S REPLY IN SUPPORT OF MOTION FOR CLARIFICATION RE DKT. NO. 197;
CASE NO. 3:21-CV-00778-EMC