UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESC-TOY LTD., <br><br> Plaintiff, <br><br> v. <br><br> SONY INTERACTIVE ENTERTAINMENT LLC, <br><br> Defendant. | Case No. 21-cv-00778-EMC (DMR) <br><br> **ORDER DENYING JOINT DISCOVERY LETTERS** <br><br> Re: Dkt. Nos. 220, 221 |

The court has reviewed the parties' May 6, 2022 joint discovery letters regarding disputes about deposition scheduling and Defendant Sony Interactive Entertainment LLC's ("SIE") responses to Plaintiff ESC-Toy Ltd.'s ("ESC") written discovery. [Docket Nos. 220, 221.]

The parties clearly have not exhausted the meet and confer process with respect to SIE's responses to ESC's written discovery, as SIE served supplemental responses to the discovery at issue which ESC admits it has not yet "thorough[ly] review[ed]." [Docket No. 221 at 2.]  Nor have the parties demonstrated adequate discourse on deposition scheduling, an issue that should rarely, if ever, require court intervention.

Both letters raise concerns about the quantity and quality of counsel's meet and confer efforts.  Most of the disputes are the type that the parties should be able to resolve on their own. Counsel are admonished that they must meet and confer in good faith and in real time, and must only raise issues with the court that they cannot in good faith resolve.  Counsel must review and adhere to the Northern District's Guidelines for Professional Conduct, available at https://cand.uscourts.gov/forms/guidelines-for-professional-conduct/.  In particular, counsel must follow Guidelines 3, 9, and 10 pertaining to scheduling, discovery, and motion practice.  "[C]ivil

1  discovery motions should be filed sparingly." Guideline 10(a).

2  Both joint discovery letters are denied without prejudice.

3  **IT IS SO ORDERED.**

4  Dated: May 27, 2022



Donna M. Ryu
United States Magistrate Judge