Sterling Arthur Brennan (SBN 126019)
  E-Mail: sbrennan@mabr.com
Christina Trinh (SBN 307879)
  E-Mail: ctrinh@mabr.com
Saloni Mathur (SBN 335028)
  E-Mail: smathur@mabr.com
MASCHOFF BRENNAN GILMORE & ISRAELSEN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104

Charles J. Veverka (*Pro Hac Vice* admitted*)*
  E-mail: cveverka@mabr.com
MASCHOFF BRENNAN GILMORE & ISRAELSEN
1389 Center Drive, Suite 300
Park City, Utah 84098
Telephone: (435) 252-1360
Facsimile: (435) 252-1361

Attorneys for Plaintiff ESC-TOY LTD.

KXT LAW, LLP
Karineh Khachatourian (SBN 202634)
karinehk@kxtlaw.com
Nikolaus A. Woloszczuk (SBN 286633)
nick@kxtlaw.com
Oren J. Torten (SBN 332720)
oren@kxtlaw.com
1775 Woodside Road, Suite 204
Redwood City, CA 94061
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Defendant Sony Interactive Entertainment LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ESC-TOY LTD., a Nevada corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC, a California limited liability company,<br><br>    Defendant. | Case No. 3:21-cv-00778-EMC-DMR<br><br>**SECOND STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE MOTION TO COMPEL PER ECF 234**<br><br>District Judge: Hon. Edward M. Chen<br>Magistrate Judge:  Hon. Donna M. Ryu |

Pursuant to Civil Local Rule 6-2, Plaintiff ESC-Toy, Ltd. ("ESC" or "Plaintiff") and Defendant Sony Interactive Entertainment LLC ("Sony" or "SIE" or "Defendant") (collectively "Parties"), by and through their undersigned counsel, hereby state and stipulate, subject to the Court's approval, as follows (the "Second Stipulation"):

WHEREAS, the Court on July 1, 2022 issued an Order re: June 24, 2022 Discovery letter (ECF 234);

WHEREAS, ECF 234 ordered ESC to re-review the withheld documents and revise its privilege log and produce any de-designated documents by July 7, 2022;

WHEREAS, ECF 234 also required the parties to immediately meet and confer thereafter, and if no resolution was reached, Sony was authorized to file a motion to compel on July 14, 2022;

WHEREAS, ESC served its revised privilege log on July 7, 2022 and de-designated documents but did not make the ordered production due to unforeseen technical difficulties arising from the format in which the documents were originally produced by Shelly Gayner;

WHEREAS the Parties entered into a previous stipulation, ECF 237, to allow ESC time to produce documents it had de-designated;

WHEREAS, ESC produced documents and a second privilege log on July 12, 2022;

WHEREAS, on July 18, 2022, the Parties met and conferred for over an hour;

WHEREAS, based on the Parties' meet and confer discussions, ESC needs additional time to further amend its privilege logs and de-designate and produce additional documents;

WHEREAS, the Parties agree that additional time to allow for further meet and confer will assist in narrowing the issues brought before the Court; and

WHEREAS, while case schedule deadlines are currently stayed, this modification to ECF 234 and ECF 238 will modestly affect the deadlines set forth in ECF 240 (order granting stay).

NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendant, by and through their respective undersigned attorneys, that:

1. ESC shall amend its privilege logs and produce any de-designated documents by July 21, 2022;

2. The Parties shall immediately meet and confer after ESC's additional document production and revised privilege log in an attempt to resolve any pending or additional disputes;

3. If disputes remain after meeting and conferring, SIE may file a motion to compel regarding any withheld documents that does not exceed 15 pages by no later than July 28, 2022. ESC's opposition may not exceed 15 pages and must be filed by August 4, 2022. Any reply is due by August 8, 2022 and may not exceed seven pages; and

4. Other than the above, the remainder of ECF 234 remains in full force and effect and is unchanged.

Dated: July 19, 2022                    Respectfully submitted,

                                        MASCHOFF BRENNAN GILMORE & ISRAELSEN

                                        By: */s/ Christina Trinh*
                                        Sterling A. Brennan
                                        C.J. Veverka
                                        Christina Trinh
                                        Saloni Mathur

                                        Attorney for Plaintiff, ESC-Toy Ltd.

Dated: July 19, 2022                    KXT LAW, LLP

                                        By: */s/ Karineh Khachatourian*
                                        Karineh Khachatourian
                                        Nikolaus A. Woloszczuk
                                        Oren J. Torten

                                        Attorneys for Defendant,
                                        Sony Interactive Entertainment LLC

SECOND STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE MOTION TO COMPEL;
CASE NO. 3:21-CV-00778-EMC-DMR

## ATTESTATION

I, Karineh Khachatourian, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Christina L. Trinh concurred in the filing of this document.

*/s/Karineh Khachatourian*
Karineh Khachatourian

**ORDER**

Pursuant to the Parties' second stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: July 20, 2022

By: _____
The Honorable Donna M. Ryu
United States District Magistrate

*IT IS SO ORDERED*
*Judge Donna M. Ryu*