Joshua G. Simon, Bar No. 264714
  jsimon@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000

Specially Appearing for Plaintiff
ESC-Toy Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN OF CALIFORNIA

| | |
|---|---|
| ESC-TOY, LTD., a Nevada corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SONY INTERACTIVE ENTERTAINMNET, LLC, a California limited liability company,<br><br>  Defendant. | Case No.  3:21-cv-00778-EMC (DMR)<br><br>**PLAINTIFF ESC-TOY LTD.'S EX PARTE APPLICATION FOR AN ORDER EXTENDING PLAINTIFF'S DEADLINE TO SECURE NEW LITIGATION COUNSEL**<br><br>*[Filed concurrently with Declaration of Joshua G. Simon; Declaration of Erick Chatel Jr. [Proposed] Order]*<br><br>Date:  February 23, 2024<br>Time:  1:30 p.m.<br>Judge: Edward M. Chen<br>Place:  Courtroom 5<br><br>Complaint Filed:  April 22, 2020<br>Trial Date:         None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule (b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7-10, Plaintiff ESC-Toy Ltd. ("Plaintiff") hereby applies *ex parte* for an order extending Plaintiff's deadline to secure new litigation counsel by 40 days from February 25, 2024 to April 4, 2024.

As set forth in the accompanying Memorandum of Points and Authorities, Plaintiff believes there is good cause to support its request for the extension.

This *ex parte* application is supported by the accompanying Memorandum of Points and Authorities, the Declaration of Joshua G. Simon, and the Declaration of Erick Chatel Jr. concerning notice and good cause supporting the request for relief. A proposed *ex parte* order is lodged concurrently herewith.

Dated: February 22, 2024

CALL & JENSEN
A Professional Corporation

By: */s/ Joshua G. Simon*
Joshua G. Simon

Specially Appearing for Plaintiff
ESC-Toy Ltd.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

This Memorandum is submitted pursuant to Rule 6(b)(1)(A) of Federal Rules of Civil Procedure to request an extension of time for Plaintiff ESC-Toy Ltd. to secure new litigation counsel following the disqualification of its previous litigation counsel.

FRCP Rule 6 (b)(1)(A) states:

> (1) When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

This request is made before the expiration of the time set by the Court for ESC to secure new counsel, which is February 25, 2024.

This application is brought on an *ex parte* basis because the expiration of ESC's deadline to secure new counsel will occur before a regularly noticed motion, which will cause irreparable harm to ESC.

The good cause for this motion is set forth in the declarations of Joshua G. Simon and Erick Chatel, which are filed concurrently herewith.

ESC has been diligent in seeking replacement counsel. On November 27, 2023, this Court issued a Sealed Disqualification Order (Dkt. 335) that disqualified ESC's prior counsel, Maschoff Brennan ("MABR"), and set a deadline of February 25, 2024 for ESC to obtain new counsel. (Chatel Dec. ¶ 3.)

Because MABR could no longer advise ESC regarding Case No. 3:21-cv-00778 based on this Court's Protective Order, ESC was initially unsure when it could begin searching for replacement counsel. (Chatel Dec. ¶ 4.)

In an effort to clarify the Protective Order, MABR requested clarification from this Court. On January 16, 2024, this Court issued a Sealed Protective Order (Dkt. 342) in response. (Chatel Dec. ¶ 5.)

Based on the Disqualification Order and the Sealed Protective Order, MABR has also been rendered unable to fully prosecute ESC's claims in Case No. 2:21-cv-02139, and MABR has moved to withdraw as counsel in that action. (Chatel Dec. ¶ 6.)

ESC's principal has been in business for almost two decades but has never been involved in litigation before. Locating successor counsel has been incredibly difficult for ESC due to delays stemming from the necessary and time-consuming redactions ESC has needed to make to presentation materials pursuant to this Court's Protective Orders. (Chatel Dec. ¶ 8.)

ESC has contacted over 30 law firms in Nevada and California regarding representation, but no law firm has agreed yet to serve as litigation counsel. (Chatel Dec. ¶ 9.)

Therefore, good causes exists for the Court to extend ESC's deadline to secure new litigation counsel by 40 days from February 25, 2024 to April 4, 2024.

Dated: February 22, 2024

CALL & JENSEN
A Professional Corporation
Joshua G. Simon


By: _____
      Joshua G. Simon

Specially Appearing for Plaintiff
ESC-Toy Ltd.