KXT LAW, LLP
Karineh Khachatourian (SBN 202634)
karinehk@kxtlaw.com
Rachael C. Chan (SBN 265002)
rachael@kxtlaw.com
Oren J. Torten (SBN 332720)
oren@kxtlaw.com
1775 Woodside Road, Suite 204
Redwood City, California 94061
Telephone: 650-239-0420
Facsimile: 650-249-5013

Attorneys for Defendant,
Sony Interactive Entertainment LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESC-TOY LTD., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC, a California limited liability company,<br><br>Defendant. | Case No. 3:21-cv-00778-EMC-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING ATTACHMENT A OF THE ORDER OF SPECIAL MASTER APPOINTMENT (DKT. NO. 435)** |

Pursuant to Federal Rules of Civil Procedure 53(a)(1)(C) and 53(b), and Civil Local Rule 7-12, Plaintiff ESC-Toy Ltd. ("ESC") and Defendant Sony Interactive Entertainment LLC ("SIE") (collectively, the "Parties"), by and through their undersigned counsel, hereby state and stipulate as follows:

WHEREAS, third-party vendor Michael Garlie is in the process of undertaking his duties pursuant to Attachment A of the Order of Special Master Appointment (Dkt. No. 435-1) ("Attachment A"), and has contacted Frank Ubhaus, counsel for Shelly Gayner, pursuant to paragraphs 8 – 10, to obtain documents from Ms. Gayner that are reflected on the privilege log located at Dkt. No. 245-14;

WHEREAS, on March 17, 2025, Mr. Garlie represented that he received all documents from ESC that are reflected on the privilege log located at Dkt. No. 245-13, and only needs to collect outstanding documents listed at Dkt. No. 245-14 to provide to the Special Master;

WHEREAS, Mr. Ubhaus has proposed to Mr. Garlie and counsel for ESC and SIE that Ms. Gayner reproduce, to Mr. Garlie, in its entirety the production she made earlier in this action in response to SIE's subpoena, to wit, two USB deliverables previously produced by Carden Rose (the "Original Gayner Production"); and

WHEREAS, in the interest of moving the collection of documents forward, and as discussed at the April 15, 2025 Case Management Conference, the Parties desire to amend Attachment A to allow for Mr. Ubhaus's request.

NOW THEREFORE, IT IS STIPULATED AND AGREED, subject to the Court's approval, by and between ESC and SIE, by and through their respective undersigned counsel, that Attachment A is amended as follows:

1. Paragraph 13 is amended to add the following sentences at the beginning of the paragraph: Ms. Gayner's counsel will provide Mr. Garlie with the Original Gayner Production in the form of two USB deliverables previously produced by Carden Rose. Mr. Garlie will collect all documents listed at Dkt. 245-14 from the Relevant Range from the Original Gayner Production, and notify counsel for both SIE and ESC via email if it appears that any documents are missing.

1

STIPULATION AND [PROPOSED] ORDER AMENDING ATTACHMENT A OF ORDER OF SPECIAL MASTER APPOINTMENT (DKT. NO. 435); CASE NO. 3:21-CV-00778-EMC-DMR

Dated: April 17, 2025

Respectfully submitted,

KXT LAW, LLP

By: /s/ *Karineh Khachatourian*
Karineh Khachatourian
Rachael C. Chan
Oren J. Torten

Attorneys for Defendant,
Sony Interactive Entertainment LLC

Dated: April 17, 2025

CALL & JENSEN
A Professional Corporation

By: /s/ *Joshua G. Simon*
Joshua G. Simon

Attorneys for Plaintiff, ESC-Toy, Ltd.

**ATTESTATION**

I, Karineh Khachatourian, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Joshua G. Simon concurred in the filing of this document.

 /s/ *Karineh Khachatourian*
Karineh Khachatourian

**[PROPOSED] ORDER**

Having considered the Parties' Stipulation and [Proposed] Order Amending Attachment A of the Order of Special Master Appointment, and the pleadings and papers on file in this action, the Court HEREBY ORDERS THAT Attachment A of the Order of Special Master Appointment (Dkt. No. 435-1) is amended as follows:

1. Paragraph 13 is amended to add the following sentences at the beginning of the paragraph: Ms. Gayner's counsel will provide Mr. Garlie with the Original Gayner Production in the form of two USB deliverables previously produced by Carden Rose. Mr. Garlie will collect all documents listed at Dk. 245-14 from the Relevant Range from the Original Gayner Production, and notify counsel for both SIE and ESC via email if it appears that any documents are missing.

**IT IS SO ORDERED.**

Dated: April 21, 2025         By: _____
                                  The Honorable Edward M. Chen
                                  United State District Judge